IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Mlikan, Velijko Mike | Case Number: 05 B 53596 |
| | Judge: Wedoff, Eugene R |
| Printed: 01/22/09 | Filed: 10/13/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 11, 2008
Confirmed: December 15, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 28,080.14 | |
| Secured: | | 0.00 |
| Unsecured: | | 23,835.44 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 1,544.56 |
| Other Funds: | | 0.14 |
| Totals: | 28,080.14 | 28,080.14 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Resurgent Capital Services | Unsecured | 2,628.85 | 2,871.08 |
| 3. | Resurgent Capital Services | Unsecured | 2,971.94 | 3,245.79 |
| 4. | Discover Financial Services | Unsecured | 3,422.94 | 3,738.33 |
| 5. | Capital One | Unsecured | 2,598.16 | 2,837.48 |
| 6. | Portfolio Recovery Associates | Unsecured | 1,350.66 | 1,475.13 |
| 7. | Resurgent Capital Services | Unsecured | 3,980.77 | 4,347.41 |
| 8. | Resurgent Capital Services | Unsecured | 1,293.19 | 1,412.37 |
| 9. | Kohl's/Kohl's Dept Stores | Unsecured | 357.89 | 390.84 |
| 10. | Resurgent Capital Services | Unsecured | 369.50 | 403.50 |
| 11. | Resurgent Capital Services | Unsecured | 2,850.83 | 3,113.51 |
| | | | $ 24,524.73 | $ 26,535.44 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 310.20 |
| 5% | 96.21 |
| 4.8% | 263.32 |
| 5.4% | 505.40 |
| 6.5% | 309.38 |
| 6.6% | 60.05 |
| | $ 1,544.56 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Mlikan, Velijko Mike

Printed: 01/22/09

Case Number:  05 B 53596
Judge:  Wedoff, Eugene R
Filed:  10/13/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

